# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 13, 2013

**Before**

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 12-2984

| | |
|---|---|
| BRANDON STOLLINGS,<br>　　　*Plaintiff-Appellant,*<br><br>　　v.<br><br>RYOBI TECHNOLOGIES, INC. and ONE<br>WORLD TECHNOLOGIES, INC.,<br>　　　*Defendants-Appellees.* | Appeal from the United States District Court<br>for the Northern District of Illinois, Eastern<br>Division.<br><br>No. 08 C 4006<br><br>Gary S. Feinerman,<br>*Judge.* |

**ORDER**

The opinion issued on August 2, 2013 is hereby AMENDED as follows:

On page 19, the fifth sentence in the full paragraph before heading "B" is amended as follows: "The court then concluded that Graham's testimony had to be excluded under Federal Rule of **Evidence** ~~Civil Procedure~~ 702 because **the fact that** the 90 percent effectiveness input was not reliable rendered Graham's entire opinion unreliable." As amended the sentence now reads: "The court then concluded that Graham's testimony had to be excluded under Federal Rule of Evidence 702 because the fact that the 90 percent effectiveness input was not reliable rendered Graham's entire opinion unreliable."

On page 27, the second sentence in the paragraph starting after heading "III" is amended by deleting the period at the end of the phrase "correctly states the law" and a comma is inserted in its place, just before the citation to *Lewis v. City of Chicago Police Dep't*.